# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

Levi Brewer,

                    Plaintiff,

                              Case No. 4:21-cv-241-MLB

v.

Norfolk Southern Railway
Company and James Neesmith,

                    Defendants.

_____/

## ORDER

**IT IS HEREBY ORDERED** that attorneys Trent Shuping and Gabriel Knisely, who represent Plaintiff in this matter, and their paralegal, Anabel Ruiz, be allowed to bring the following equipment to the United States Courthouse, Atlanta, GA, Courtroom 1906, for the purpose of presentation of evidence at a jury trial to take place on Monday, June 9, 2025, at 9:00 a.m.:

1. Laptops/tablet computers

2. Flash drives

3. Audio/visual equipment consisting of cables and power cords

4. Boxes of printed exhibits

5. Printer

6. Necessary office supplies

7. Cellular telephones with cameras

The Court **DENIES** the request for Plaintiff Brewer to bring his cellular telephone into the courthouse. Proper identification will be required upon entering the security station. The equipment shall be subject to inspection by the United States Marshal Service.

This Order shall be effective until the conclusion of the jury trial.

**SO ORDERED** this 4th day of June, 2025.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE