# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LEVI BREWER,<br><br>    Plaintiff,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY and JAMES NEESMITH,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 4:21-cv-00241-MLB |

## JOINT STIPULATION OF
## DISMISSAL WITH PREJUDICE OF JAMES NEESMITH

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Levi Brewer and Defendants Norfolk Southern Railway Company and James NeeSmith, representing all parties that have appeared in this action, stipulate and agree that the above-styled action against Defendant James NeeSmith be dismissed with prejudice. All parties are to bear their own costs of the action.

WHEREFORE, counsel for all parties having signed this Joint Stipulation of Dismissal With Prejudice of James NeeSmith, this action is hereby voluntarily dismissed against James NeeSmith.

**CONSENTED and AGREED**, this 24th day of July, 2025.

*/s/ Trent Shuping*
Trent Shuping
Georgia Bar No. 159083
Warshauer Woodward Atkins, LLC
2740 Bert Adams Road
Atlanta, GA 30339
Telephone: 404-892-4900
mjw@warlawgroup.com
tss@warlawgroup.com
*Attorney for Plaintiff*

*/s/ Joseph P. Sirbak, II*
*(with permission)*

Joseph P. Sirbak, II
*Admitted Pro Hac Vice*
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: 215-665-4634
jsirbak@cozen.com


Hilary Houston Adams
Georgia Bar No. 926142
Hall, Bloch, Garland & Meyer, LLP
900 Circle 75 Parkway, Suite 500
Atlanta, GA 30339
Telephone:  678-888-0036
petergolden@hbgm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that the foregoing document was prepared in Book Antiqua 13 Point Font as allowed by Local Rule 5.1 and further certify that I have this day served a copy of the within and foregoing Joint Stipulation of Dismissal With Prejudice upon all parties to this matter via the CM/ECF system.

This 24th day of July, 2025.

By: */s/ Trent Shuping*
Trent Shuping

Warshauer Woodward Atkins, LLC
2740 Bert Adams Road
Atlanta, GA 30339
404-892-4900
470-613-6881 Fax
*Attorneys for Plaintiff*